**Order entered February 21, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00205-CV

## IN RE BYRON CURTIS COOK, TRADE RARE, L.L.C., AND JOEL HOCHBERG, Relators

**Original Proceeding from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-04885-2016**

## ORDER

Before the Court is relators' February 18, 2020 motion to file petition for writ of mandamus and mandamus record in paper form, and under seal on a temporary basis. Relators' motion is **GRANTED** to the extent that relators' February 18, 2020 petition for writ of mandamus, accompanying mandamus record, and any responses filed are **ORDERED SEALED** pending the trial court's resolution of Warren K. Paxton's motion to seal certain deposition transcripts pursuant to rule 76a of the Texas Rules of Civil Procedure.

Relators are **DIRECTED** to notify this Court within **TEN DAYS** of any ruling by the trial court concerning the pending rule 76a motion.

/s/    DAVID L. BRIDGES
       JUSTICE